AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| LEGAL ADDITIONS, LLC, et al (see attached) <br> Plaintiff <br> v. <br> JEROME KOWALSKI; et al (see attached) <br> Defendant | ) <br> ) <br> ) Civil Action No.  CV 08-2754 EMC <br> ) <br> ) |

**Summons in a Civil Action**
FIRST AMENDED COMPLAINT

To: Jerome Kowalski & Co., INC.
*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Geoffrey Rotwein (CA SBN 58176)
Law Offices of Geoffrey Rotwein
400 Montgomery Street, Second Floor
San Francisco, CA  94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

BRENDA TOLBERT

Date:   06/18/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## ATTACHMENT TO SUMMONS ON FIRST AMENDED COMPLAINT
### (Legal Additions LLC, *et al* v. Jerome Kowalski, *et al*)

LEGAL ADDITIONS LLC, a California Limited Liability Corporation,

    Plaintiff,

        vs.

JEROME KOWALSKI, an individual; KOWALSKI & ASSOCIATES, INC., a New York Corporation; and, JEROME KOWALSKI & CO., INC., a New York Corporation,

    Defendants.