UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC, | No. C-08-2754 EMC |
| Plaintiff, | |
| v. | **SECOND AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| JEROME KOWALSKI, *et al.*, | |
| Defendants. | |

Having read and considered Plaintiff Legal Addition's Declaration for Order Extending Time (*see* Docket No. 9), and good cause appearing therefore, the Court hereby sets the following new case management dates:

| EVENT | DATE |
|---|---|
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 10/8/2008 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | 10/22/2008 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom C, 15th Floor, SF at 1:30 PM | 10/29/2008 |

1   Plaintiff is directed to serve this Order upon all other parties in this action.

3   IT IS SO ORDERED.

5   Dated: September 2, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge