**ALAN G. DOWLING, ESQ.** (Cal. St. Bar No. 70686)
**LAW OFFICES OF ALAN G. DOWLING**
22300 Hackney Street
West Hills, CA 91304
Phone (818) 679-6395
Fax (818) 737-1888
Email agdowling@aol.com
**Attorneys for Defendants**
**[Parties submitting proposed order]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEGAL ADDITIONS LLC, a California** Limited Liability Corporation, )<br><br>Plaintiff, )<br><br>vs. )<br><br>**JEROME KOWALSKI,** an individual, **KOWALSKI & ASSOCIATES, INC.,** a New York Corporation; and, **JEROME KOWALSKI & CO., INC.,** a New York Corporation, )<br><br>Defendants. ) | **CASE NO. CV 08-2754 EMC**<br><br>Hon. Edward M. Chen, U.S. Mag. Judge<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**<br><br>*Pretrial Conf.:*   *Not Yet Set*<br>*Trial Date:*   *Not Yet Set* |

1

1    **THE COURT HEREBY ORDERS** that the request of Defendants JEROME
2    KOWALSKI, an individual, ~~AND~~ JEROME KOWALSKI & CO., INC., a New York Corporation
     (sometimes doing business as "Kowalski & Associates"), ~~and the Defendant erroneously named~~ 
3    ~~as "KOWALSKI & ASSOCIATES, INC., a New York Corporation,"~~ to substitute ALAN G.
4    DOWLING, ESQ., California State Bar No. 70686, of the LAW OFFICES OF ALAN G.
5    DOWLING, 22300 Hackney Street, West Hills, CA 91304, Phone 818 679 6395, Fax 818 737
6    1888, email agdowling@aol.com, as their attorney of record in place and stead of PINCHUS
7    RAICE, ESQ., is hereby **GRANTED**. THE COURT MAKES NO DETERMINATION AS
     TO WHETHER PLAINTIFF ERRONEOUSLY NAMED KOWALSKI & ASSOCIATES, INC
8    AS A DEFENDANT.
         Dated: September 22, 2008
9                                                    _____
                                                     Hon. Edward M. Chen, U.S. Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
                                            2
27   ORDER ON REQUEST FOR APPROVAL OF
     SUBSTITUTION OF ATTORNEY
28   [USDC, ND CA, Case No. CV 08-2754 EMC]