```
1  GEOFFREY ROTWEIN (CA SBN 58176)
   LAW OFFICES OF GEOFFREY ROTWEIN
2  400 Montgomery Street, Second Floor
   San Francisco, California 94104
3  Telefacsimile: (415) 397-0862
   Telephone: (4l5) 397-0860
4
   Attorney for Plaintiff
5  LEGAL ADDITIONS LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC, a California Limited Liability Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEROME KOWALSKI, *et al*,<br><br>　　　　Defendants. | No. CV-08-2754 EMC<br><br>**STIPULATION FOR ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE, ADR AND OTHER DEADLINES, AND HEARING ON DEFENDANTS' MOTIONS** ; ORDER<br><br>Current Hg./CMC Date:　1/7/09<br>Proposed New Date:　　3/11/09<br>Pretrial/Trial Dates:　　Not Set<br>CTRM: C, Hon. Edward M. Chen |

## STIPULATION

The parties hereby represent to the Court and stipulate as follows:

1. On June 2, 2008, the Complaint herein for breach of contract, fraud and other causes of action arising out of a business relationship between Plaintiff, a California limited liability corporation, and Defendant Jerome Kowalski and his two corporations in New York, was initially filed. (Unless otherwise indicated, all dates hereafter are in 2008.)

2. On June 18, a First Amended Complaint was filed.

3. The parties stipulated to extend Defendants' time to respond, and on September 15, Defendants filed two motions, to dismiss for lack of personal jurisdiction, and if denied, to change venue to the Southern District of New York, setting the hearing on October 29.

4. Since then the parties have submitted three Stipulations to continue the CMC and hearing on the defense motions because they were actively pursuing settlement of the entire

1  case. The matter is currently set for CMC and hearing on the motions on January 7, 2009.

2      5. The parties have reached a settlement of the case and are in the process of finalizing
3  the release and settlement agreement documents. The agreement calls for periodic payments
4  by Defendants with the final on March 1, 2009, and in the event of a default, Plaintiff is
5  entitled to seek a monetary judgment from this Court.

6      6. Accordingly, the parties respectfully request that the Court reset the various present
7  deadlines and dates so as to be as follows:

8      a) March 4, 2009 — last day to meet and confer re initial disclosures, early
9  settlement, ADR process selection, and discovery plan; file ADR Certification
10  signed by the parties and counsel; and, file either Stipulation to ADR Process
11  or Notice of Need for ADR Phone Conference;

12      b) April 1, 2009 — last day to file Rule 26(f) Report, complete initial
13  disclosures or state objections in Rule 26(f) Report and file Case Management
14  Statement per Standing Order re Contents of joint Case Management Statement;
15  and,

16      c) April 8, 2009 — Initial Case Management Conference in Courtroom C, 15th
17  Floor, San Francisco, at 10:30 a.m., and hearings on (i) Motion by Defendants
18  to Dismiss for Lack of Personal Jurisdiction [FRCP 12(B)(2)] and (ii) Motion
19  by Defendants to Dismiss or Transfer Venue [FRCP 12(B)(3); 28 U.S.C.
20  1404(A) and 28 U.S.C. 1406(a)]. (Accordingly, Plaintiff's Oppositions to
21  Defendants' said Motions will be due by March 18, and Defendants' replies
22  thereto (if any) will be due by March 25.)

23  DATED: December 30, 2008    */s/ Geoffrey Rotwein*
    GEOFFREY ROTWEIN
24      Attorney for Plaintiff
    LEGAL ADDITIONS LLC
25
    */s/ Alan G. Dowling*
26      ALAN G. DOWLING
    Attorney for Defendants
27      JEROME KOWALSKI, KOWALSKI &
    ASSOCIATES, INC.; JEROME KOWALSKI & CO., INC.
28

**ORDER**

Pursuant to the above Stipulation by and between the parties, and good appearing therefor:

IT IS HEREBY ORDERED that the various present case management and motion deadlines and dates are continued so as to be as follows:

a) March 4, 2009 — last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by the parties and counsel; and, file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

b) April 1, 2009 — last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of joint Case Management Statement; and,

c) April 8, 2009 — Initial Case Management Conference in Courtroom C, 15th Floor, San Francisco, at 10:30 a.m., and hearings on (i) Motion by Defendants to Dismiss for Lack of Personal Jurisdiction [FRCP 12(B)(2)] and (ii) Motion by Defendants to Dismiss or Transfer Venue [FRCP 12(B)(3); 28 U.S.C. 1404(A) and 28 U.S.C. 1406(a)]. (Accordingly, Plaintiff's Oppositions to Defendants' said Motions will be due by March 18, and Defendants' replies thereto (if any) will be due by March 25.)

DATED: Dec. 31, 2008



HON. EDWARD M. CHEN
MAGISTRATE/JUDGE
UNITED STATES

IT IS SO ORDERED
Judge Edward M. Chen