1  GEOFFREY ROTWEIN (CA SBN 58176)
   LAW OFFICES OF GEOFFREY ROTWEIN
2  400 Montgomery Street, Second Floor
   San Francisco, California  94104
3  Telefacsimile: (415) 397-0862
   Telephone: (4l5) 397-0860
4
   Attorney for Plaintiff
5  LEGAL ADDITIONS LLC

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10 LEGAL ADDITIONS LLC, a California      )   No.  CV-08-2754 EMC
   Limited Liability Corporation,         )
11                                        )   **STIPULATION AND ORDER**
                   Plaintiff,             )   **RESETTING CASE MANAGEMENT**
12                                        )   **CONFERENCE**
            vs.                           )
13                                        )   Current Hg./CMC Date:  7/29/09
   JEROME KOWALSKI, *et al*,              )   Proposed New Date:      9/2/09
14                                        )   Pretrial/Trial Dates:   3/31/10; 4/12/10
                   Defendants.            )   CTRM: C, Hon. Edward M. Chen
15 _____    )

16

17                      **STIPULATION**

18      The parties hereby represent to the Court and stipulate that the Case Management

19 Conference can be reset from July 29, 2009, to September 2, 2009.

20 DATED:  July 28, 2009          */s/ Geoffrey Rotwein*
                                  GEOFFREY ROTWEIN
21                                Attorney for Plaintiff
                                  LEGAL ADDITIONS LLC
22
                                  */s/ Alan G. Dowling*
23                                ALAN G. DOWLING
                                  Attorney for Defendants
24                                JEROME KOWALSKI, KOWALSKI &
                                  ASSOCIATES, INC.; JEROME KOWALSKI & CO., INC.
25

26

27

28

STIPULATION AND ORDER RESETTING
CASE MANAGEMENT CONFERENCE
No.  CV-08-2754 EMC                        -1-

**ORDER**

Pursuant to the above Stipulation by and between the parties, and good appearing therefor:

IT IS HEREBY ORDERED that the Case Management Conference currently set for July 29, 2009, is reset for September 2, 2009, at 2:30 p.m.   Updated Jt CMC statement due 8/26/09.

DATED: J̶u̶l̶y̶ ̶_̶_̶,̶ ̶2̶0̶0̶9̶   August 4, 2009

_____
HON. EDWARD M. CHEN
MAGISTRATE/JUDGE
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA