IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC, | No. C-08-02754 EMC (EDL) |
| Plaintiff, | **ORDER DENYING DEFENDANT'S REQUEST TO BE EXCUSED FROM PERSONALLY ATTENDING SETTLEMENT CONFERENCE** |
| v. | |
| JEROME KOWALSKI, | |
| Defendant. | |

On Sunday, August 9, 2009, Defendant faxed a letter to the Court requesting that the Court excuse Defendant Jerome Kowalski's personal appearance at the August 13, 2009 settlement conference. In addition, Defendant requested that the Court vacate the settlement conference altogether. On August 10, 2009, Plaintiff faxed a letter objecting to Defendant's requests.

The April 21, 2009 Notice of Settlement Conference and Order requires that requests to appear by telephone must be made at least two weeks in advance of the settlement conference. The settlement conference in this matter was continued twice, and in each of those orders, the Court expressly stated that all provisions from the Court's April 21, 2009 Order remained in effect, other than the conference date and the due date of the settlement conference statement. The last order continuing the conference to August 13, 2009 was made on June 29, 2009, providing plenty of time for Defendant to timely request to appear by telephone. Defendant provides no viable explanation for waiting until four days before the settlement conference to make his request.

Accordingly, Defendant's request to appear telephonically at the settlement conference is

denied. In addition, the Court declines to vacate the settlement conference.

**IT IS SO ORDERED.**

Dated: August 10, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge