1  GEOFFREY ROTWEIN (CA SBN 58176)
   LAW OFFICES OF GEOFFREY ROTWEIN
2  400 Montgomery Street, Second Floor
   San Francisco, California 94104
3  Telefacsimile: (415) 397-0862
   Telephone: (415) 397-0860
4
   Attorney for Plaintiff
5  LEGAL ADDITIONS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEGAL ADDITIONS LLC, a California Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME KOWALSKI, *et al*,<br><br>Defendants. | No. CV-08-2754 EMC<br><br>**ORDER PURSUANT TO STIPULATION TO WAIVE JURY TRIAL** |

IT IS HEREBY ORDERED that, pursuant to the stipulation between the parties as set forth below, in light of the Court's March 19, 2010, Order Granting Defendants' Motion to Dismiss (Docket No. 115), the trial of those causes of action still remaining, from the Third Amended Complaint, among those parties still remaining in the action, shall be a bench trial instead of a jury trial.

DATED: March 22 , 2010

_____
HON. EDWARD M. CHEN
MAGISTRATE/JUDGE
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Edward M. Chen*

| | |
|---|---|
| 1 | **STIPULATION** |

2    It is hereby stipulated that, in light of the Court's March 19, 2010, Order Granting
3 Defendants' Motion to Dismiss (Docket No. 115), the trial of those causes of action still
4 remaining, from the Third Amended Complaint, among those parties still remaining in the
5 action, shall be a bench trial instead of a jury trial. The parties further revise their estimate
6 of the length of the trial, in light of said Order, to no more than two full days.

7 DATED: March 20, 2010        /s/ Geoffrey Rotwein
                               GEOFFREY ROTWEIN
8                              Attorney for Plaintiff
                               LEGAL ADDITIONS LLC
9
                               /s/ Alan G. Dowling
10                             ALAN G. DOWLING
                               Attorney for Defendants
11                             JEROME KOWALSKI & CO., INC.