# ALAN G DOWLING

A PROFESSIONAL CORPORATION
6049 COVE GREENNATE LANE
WOODLAND HILLS, CALIFORNIA 91367-2843

TELEPHONE (818) 610-7771
FACSIMILE (818) 610-7773
E-MAIL: agdowling@aol.com
WEBSITE: www.alandowling.com

March 22, 2010

Via E-Filing and Regular Mail

Hon. Edward M. Chen, Magistrate Judge
U.S. District Court, Northern District of California
450 Golden Gate Ave.,
15th Floor, Courtroom C
San Francisco, CA 94102

Re: Legal Additions LLC v. Kowalski et al.
USDC, ND CA, Case No. CV-08-2754 EMC

Dear Magistrate Judge Chen:

I am writing with reference to the Pretrial Conference set for April 7, 2010 at 3:00 p.m. (Trial, recently changed from a jury to a bench trial, and estimated now for two days, is set for April 26, 2010. Pretrial filings are due this Wednesday, March 24, 2010, with objections due March 30, 2010.)

My significant other is presently an inpatient at Betty Ford Center in Rancho Mirage, CA, and her 30-day program runs through April 11, 2010. An integral part of the program, and one they consider a very important part of her recovery, is a Family Week that will require my attendance there, participating in seminars, meetings and counseling sessions, all day every day, Monday through Friday. It was originally tentatively scheduled for March 29-April 2, but has now been changed to April 5-9, obviously conflicting with the Pretrial Conference in this matter, April 7, 2010. My attendance at Family Week is, for all intents and purposes, "mandatory," although it obviously does not trump my obligation to appear in Court. (There is no way to re-schedule the Family Week activities at this point.)

I am writing to make what I know to be an extraordinary request, but one which I hope will be acceptable to you under the present, recently-changed circumstances of the case. Would it be acceptable either to (1) for me to participate in the Pretrial Conference via telephone on April 7, 2010, but re-schedule the conference for 4:00 p.m. that date (as the Family Week program activities run until 3:30 p.m. that afternoon), or (2) change the date of the Pretrial Conference to any date other than one in the week of April 5-9 (also excluding Monday, April 12, when I will pick her up and drive her bring her back from

1

Rancho Mirage to Los Angeles)?

I am e-filing this letter at the instruction of the Court's clerk.

Very Truly Yours,

*Alan G. Dowling*

Alan G. Dowling
Counsel for Defendants

AGD/ss
Cc:   Geoffrey Rotwein, Esq. (via e-filing)

IT IS SO ORDERED that the pretrial conference is reset from 4/7/10 at 3:00 p.m. to 4/7/10 at 4:00 p.m.  Defense counsel Alan Dowling is allowed to appear by telephone.   Court will call Mr. Dowling at (818) 679-6395.

_____
Edward M. Chen
U.S. Magistrate Judge

