GEOFFREY ROTWEIN (CA SBN 58176)
LAW OFFICES OF GEOFFREY ROTWEIN
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telefacsimile: (415) 397-0862
Telephone: (415) 397-0860

Attorney for Plaintiff
LEGAL ADDITIONS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC, a California Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME KOWALSKI, *et al*,<br><br>Defendants. | No. CV-08-2754 EMC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO CONTINUE TRIAL** |

Defense counsel Alan G. Dowling having represented good cause due to illness to continue the trial currently set for April 26, 2010, and plaintiff not having objected:

IT IS HEREBY ORDERED that the trial in this case is continued from April 26, 2010, to June 24 and 25, 2010, on each day 8:30 a.m. to 4:30 p.m.

DATED: April 23, 2010

_____
HON. EDWARD M. CHEN
MAGISTRATE/JUDGE
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen