UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEGAL ADDITIONS LLC,

        Plaintiff,

    v.

JEROME KOWALKSI, *et al.*,

        Defendants.
_____/

No. C-08-2754 EMC

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

**(Docket No. 140)**

        Plaintiff Legal Additions LLC has asked for leave to file a motion for reconsideration. Having considered Legal Additions's brief and accompanying submissions, the Court hereby **GRANTS** Legal Additions leave to file the motion to reconsider.

        The Court is satisfied that Legal Additions has made an adequate showing under Civil Local Rule 7-9(b) to justify the filing of a motion to reconsider. Moreover, because the issue of the economic loss rule, particularly as applied to Mr. Kowalski as an individual, was not an issue raised in Defendants' motion or fully briefed thereafter, the Court concludes that, in the interest of due process, it shall allow the filing of the motion to reconsider.

///

///

///

///

///

///

The Court hereby deems Legal Additions's motion for leave to file, located at Docket No. 140, its substantive motion to reconsider. Defendants are ordered to file an opposition to the motion by **May 7, 2010**. Any reply shall be filed by **May 11, 2010**. If, after reviewing the briefs, the Court deems a hearing on the motion necessary, it shall so notify the parties.

IT IS SO ORDERED.

Dated: April 28, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge