# ALAN G. DOWLING,
# A PROFESSIONAL CORPORATION

**6049 Pomegranate Lane**
**Woodland Hills, CA 91403**
**Phone 818 679 6395**
**Fax 818 436 2117**
**Email agdowling@aol.com**

June 14, 2010

Via E-Filing

**Hon. Edward M. Chen, U.S. Magistrate Judge**
**U.S. District Court, Northern District of California**
**450 Golden Gate Ave., 15th Floor, Courtroom C**
**San Francisco, CA 94102**

Re: Legal Additions LLC v. Kowalski et al.
USDC, ND CA, Case No. CV-08-2754 EMC

Dear Judge Chen:

I am writing at the instruction of your deputy courtroom clerk, Betty Lee, to confirm my request that I be permitted to take part in the further pretrial conference in the above-referenced matter, on Friday June 18, 2010, at 2:00 p.m. The purpose of the further pretrial conference, as I understand it, is for the court to rule on objections to further exhibits, and further motions in limine, as well as to complete any pretrial "housecleaning" matters that may have arisen since the hearing resulting in reinstatement of the jury. As such, given that as of now there are no further motions in limine, and only a limited number of additional exhibits have been proposed by Plaintiff, it appears the conference will be quite short.

If I have to attend in person, it will effectively take the entire day to travel from Los Angeles, for what will likely be a less than 30 minute conference. Since May 28th, I have been working with my doctor attempting to heal a substantial blood clot in my right leg, which has been severely swollen and quite painful, and I would like to avoid the extra air flight and extensive walking that would be necessitate by a trip on June 18th, given that I have to come again the following week. Moreover, my client, as the Court will doubtless recall from many past communications, filings and oral arguments, is impecunious, and I am already about to have to bear the out of pocket cost of appearing for jury trial for, in all likelihood, a week in San Francisco. I'd like to avoid this excess.

I would very much appreciate the Court granting me this courtesy of allowing me to participate in this extraordinary and short conference by telephone.

Very Truly Yours,

*Alan G. Dowling*
Alan G. Dowling

AGD/ss

IT IS SO ORDERED that Mr. Dowling is allowed to appear by phone on 6/18/10 at 2:00 p.m. Court will initiate the call.

_____
Edward M. Chen, U.S. Magistrate Judge

1