UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC, | No. C08-2754 EMC |
| Plaintiff, | |
| v. | **ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS** |
| JEROME KOWALSKI, *et al.*, | |
| Defendants. | |

_____/

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the seven (7) members of the jury in the above-entitled matter at the expense of the United States for June 24, 25, 28, and 29, 2010.   Refreshments shall be delivered to the Courtroom D, 15th Floor at 7:45 a.m.

     IT IS SO ORDERED.

Dated:    June 18, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

cc: David Weir

    Cafe 450