1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8    LEGAL ADDITIONS LLC,                          No. C-08-2754 EMC
9              Plaintiff,
10        v.                                       **NOTICE AND ORDER REGARDING
                                                   PROPOSED JURY INSTRUCTIONS**
11   JEROME KOWALKSI, *et al.*,
12             Defendants.
13   _____/
14
15        TO ALL PARTIES AND COUNSEL OF RECORD:
16        The Court intends to give the attached instructions at trial commencing on June 23, 2010.
17        Any objections shall be filed by **12:00 Noon, June 22, 2010.**
18
19        IT IS SO ORDERED.
20
21   Dated:  June 21, 2010
22                                                 _____
                                                   EDWARD M. CHEN
23                                                 United States Magistrate Judge
24
25
26
27
28