UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEGAL ADDITIONS LLC,

       Plaintiff,

  v.

JEROME KOWALSKI, *et al.*,

       Defendants.

_____/

No. C08-2754 EMC

**ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS**

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the eight (8) members of the jury in the above-entitled matter at the expense of the United States for October 18 - 22, 2010. Refreshments shall be delivered to the Courtroom D, 15th Floor at 12:30 p.m. on October 18, 2010, and at 8:00 a.m. on October 19 - 22, 2010.

      IT IS SO ORDERED.

Dated:   October 14, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

cc: David Weir

    Cafe 450