UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC, | No. C-08-2754 EMC |
| Plaintiff, | |
| v. | **ORDER ASSESSING JURY COSTS** |
| JEROME KOWALKSI, *et al.*, | |
| Defendants. | |
| _____/ | |

Because the parties settled this case after prospective jurors reported to the courthouse for jury selection, the parties are jointly and severally liable for paying a grand total of $2,948.00 in jury costs incurred by the court in this matter. The parties shall each bear one-half (1/2) the cost. A breakdown of these costs is provided as Exhibit A to this order. Payment is to be made in full by November 5, 2010, with any check payments payable to Clerk, United States District Court, Northern District of California.

IT IS SO ORDERED.

Dated: October 25, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge