```
 1 | GEOFFREY ROTWEIN (CA SBN 58176)
   | LAW OFFICES OF GEOFFREY ROTWEIN
 2 | 400 Montgomery Street, Second Floor
   | San Francisco, California  94104
 3 | Telefacsimile: (415) 397-0862
   | Telephone: (4l5) 397-0860
 4 |
   | Attorney for Plaintiff
 5 | LEGAL ADDITIONS LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LEGAL ADDITIONS LLC, a California Limited Liability Corporation, | ) ) ) | No. CV-08-2754 EMC |
|---|---|---|
| Plaintiff, | ) ) | **REQUEST FOR ORDER ALLOWING THE PARTIES TO RECEIVE TRANSCRIPT OF PROCEEDINGS ON OCTOBER 18, 2010, AND ORDER** |
| vs. | ) ) ) | |
| JEROME KOWALSKI, *et al*, | ) ) | ORDER |
| Defendants. | ) ) | |

TO: THE HON. EDWARD M. CHEN, UNITED STATES
DISTRICT COURT MAGISTRATE/JUDGE

The parties hereby request an Order from the Court authorizing their receipt of a transcript of the under seal proceedings on October 18, 2010, solely for the purpose of their preparing the Stipulation and Judgment that are to be lodged with the Court. The parties and their counsel understand and will abide by their obligations not to reveal the transcript or its contents to anyone without a further court order.

DATED: October 26, 2010        */s/ Geoffrey Rotwein*
                               GEOFFREY ROTWEIN
                               Attorney for Plaintiff
                               LEGAL ADDITIONS LLC

                               */s/ Alan G. Dowling*
                               ALAN G. DOWLING
                               Attorney for Defendants
                               JEROME KOWALSKI,
                               JEROME KOWALSKI & CO., INC.

**ORDER**

Pursuant to the above request from the parties, and good appearing therefor:

IT IS HEREBY ORDERED that the parties are authorized to receive a transcript of the proceedings in court in this matter on October 18, 2010, that were placed under seal at that time, and solely for the purpose of their preparing the Stipulation and Judgment that are to be lodged with the Court. The parties and their counsel are ordered not to reveal the transcript or its contents to anyone without a further court order.

DATED: October 27, 2010



HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE