FILED
2010 DEC 16 PM 4: 10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC, a California Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME KOWALSKI, *et al*,<br><br>Defendants. | No. CV-08-2754 EMC<br><br>**ORDER DISMISSING CAUSE OF ACTION WITHOUT PREJUDICE** |

Pursuant to the stipulation between the parties dated October 18, 2010:

The intentional tort cause of action alleged in the Third Amended Complaint on file herein against Jerome Kowalski individually is dismissed without prejudice.

DATED: 12/16, 2010

HON. EDWARD M. CHEN
UNITED STATES DISTRICT
COURT MAGISTRATE/JUDGE