UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>JEROME KOWALSKI, *et al.*,<br><br>        Defendants.<br>_____/ | No. C08-2754 EMC<br><br>**ORDER TO SHOW CAUSE**<br>**RE: CONTEMPT** |

This court issued an Order Assessing Jury Costs on October 25, 2010 directing the parties each to bear one-half (½) of the total of $2,948.00 jury costs. Plaintiff paid its one-half in November 2010. Despite numerous reminders, defendant Jerome Kowalski has not submitted said payment.

IT IS, THEREFORE, ORDERED:

Defendant Jerome Kowalski is ordered to pay his one-half of the jury costs ($1,474.00) which must be received by this Court on or before February 4, 2011. Payment shall be sent to: United States District Court, Attention: Henry Huey, Finance Department, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102. If said payment is not made by February 4, 2011, defendant shall appear on **February 9, 2011 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102, to show cause why defendant should not be held in contempt.

IT IS SO ORDERED.

Dated: January 25, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge