UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JEROME KOWALSKI, *et al.*,<br><br>    Defendants.<br>_____/ | No. C08-2754 EMC<br><br>**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT** |

    This Court has just received the $1,474.00 jury costs payment from defendant Jerome Kowalski today. It is hereby ordered that the hearing on the Order to Show Cause re Contempt set for February 23, 2011 at 10:30 a.m. is hereby vacated.

    IT IS SO ORDERED.

Dated: February 17, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge