| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] RECORDING REQUEST BY AND RETURN TO:<br>Mark Gainer Mng. Legal Additions LLC<br>454 Las Gallinas Ave. #259, San Rafael CA 94903<br>[ ] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD | 415 472 5550 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 450 Golden Gate Ave.
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Legal Additions LLC
DEFENDANT: Jerome Kowalski and Jerome Kowalski & Co.Inc.

| WRIT OF | [X] EXECUTION (Money Judgment) | CASE NUMBER: |
|---|---|---|
| | [ ] POSSESSION OF [ ] Personal Property | CV-08-2754 EMC |
| | [ ] Real Property | FOR COURT USE ONLY |
| | [ ] SALE | |

1. To the Sheriff or any Marshal or Constable of the County of:

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): Legal Additions LLC

   is the [X] judgment creditor [ ] assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):
   Jerome Kowalski and Jerome Kowalski and Company, Inc
   5513 Cedarhurst Ave
   Cedarhurst, N.Y. 11516

9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................................. $ 250,000
12. Costs after judgment (per filed order or memo CCP 685.090 ........................ $
13. Subtotal (add 11 and 12) .................... $
14. Credits .............................................. $
15. Subtotal (subtract 14 from 13) ............ $
16. Interest after judgment (per filed affidavit CCP 685.050) ................................... $ 6301
17. Fee for issuance of writ ...................... $
18. Total (add 15, 16, and 17) ................... $ 256301

[ ] additional judgment debtors on reverse
5. Judgment entered on (date): Dec. 20, 2011
6. [ ] Judgment renewed on (dates):

19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of ............ $

7. Notice of sale under this writ
   a. [ ] has not been requested.
   b. [ ] has been requested (see reverse).
8. [ ] Joint debtor information on reverse.

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

(SEAL)

Issued on (date): MAR 23 2011    Clerk, by SHEILA RASH , Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130 REV 1/89