David H. Bremer (CA SBN # 58874)
Law Offices of David H. Bremer
50 Oak Mountain Court
San Rafael, CA 94903
Telephone: (415) 492-0342
bremer@lucasvalley.net

Geoffery Rotwein (CA SBN 58176)
Law Offices of Geoffrey Rotwein
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Telephone: (415) 397-0860
Telefacsimile: (415) 397-0862

Attorneys for Plaintiff
LEGAL ADDITIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC, a California Limited Liability Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>JEROME KOWALSKI, an individual, KOWALSKI & ASSOCIATES, INC., a New York corporation, and JEROME KOWALSKI & CO., INC., a New York corporation,<br><br>      Defendants. | Case No CV 08-2754 EMC<br><br>**JUDGMENT CREDITOR'S EX PARTE APPLICATION FOR ADDITIONAL NAMES TO BE ADDED TO WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT**<br><br>Hon. Edward M. Chen<br>Courtroom C, 15th Floor |

   NOW COMES judgment creditor Legal Additions LLC in the above-captioned matter and moves the Court for an Ex Parte Order to add the following additional names by which the judgment debtors are known to the Writ of Execution and/or Abstract of Judgment pursuant to applicable provisions of the California Code of Civil Procedure Sections 680.135 and 99.510(c)(1):

   1.   Jerome Kowalski & Associates

   2.   Jerome Kowalski and Associates

   3.   Kowalski & Associates

1       4.      Kowalski and Associates

2       5.      Kowalskiassociates

3       6.      Kowalskiassociates.com

4       7.      Jerome Kowalski & Co., Inc.

This request is made pursuant to the attached Declaration of Mark Gainer, the principal of the judgment creditor herein, which reflects that the judgment debtors Jerome Kowalski and Jerome Kowalski & Company, Inc., conduct business under several variations of the name Jerome Kowalski, and it is believed that the individuals and law firms for whom the judgment debtors perform services make payments for those services to names referred to above, which are alter egos or variations of the judgment debtors herein.

Dated:   June 6, 2011

                                            s/ David H. Bremer
                                            DAVID H. BREMER

                                            Attorney for Judgment Creditor
                                            LEGAL ADDITIONS LLC

-2-
JUDGMENT CREDITOR'S EX PARTE APPLICATION FOR ADDITIONAL NAMES TO BE ADDED TO
WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT