David H. Bremer (CA SBN # 58874)
Law Offices of David H. Bremer
50 Oak Mountain Court
San Rafael, CA 94903
Telephone: (415) 492-0342
bremer@lucasvalley.net

Geoffery Rotwein (CA SBN 58176)
Law Offices of Geoffrey Rotwein
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Telephone: (415) 397-0860
Telefacsimile: (415) 397-0862

Attorneys for Plaintiff
LEGAL ADDITIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC, a California Limited Liability Corporation<br><br>      Plaintiff,<br><br>vs.<br><br>JEROME KOWALSKI, an individual, KOWALSKI & ASSOCIATES, INC., a New York corporation, and JEROME KOWALSKI & CO., INC., a New York corporation,<br><br>      Defendants. | Case No CV 08-2754 EMC<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JUDGMENT CREDITOR'S EX PARTE APPLICATION FOR ADDITIONAL NAMES TO BE ADDED TO WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT**<br><br>Hon. Edward M. Chen<br>Courtroom C, 15th Floor |

    The judgment creditor herein Legal Additions LLC seeks an Order from the Court pursuant to applicable California law to amend the judgment herein to include alter ego names believed to be utilized by the judgment debtors herein to receive payments for services provided to various individuals and law firms related to the business of the judgment debtors.

    This procedure for enforcing federal court judgments is generally in accordance with the practice and procedure of the forum state. See Federal Rule of Civil Procedure 69(a) and *In Re Levander*, 180 F.3d 1114, 1120-1121 (Ninth Cir. 1999).

Consequently, federal courts may permit judgment creditors to amend the judgment to add as a judgment debtor a non-party alter ego if the forum state's law allows such amendment. See Federal Rule of Civil Procedure 69(a) and *Katzir's Floor & Home Design Inc. v. MMLS.com*, 394 F.3d 1143, 1148 (Ninth Cir. 1004) to the effect that California law permits courts to amend judgment to add judgment debtors. California Code of Civil Procedure Section 699.510(c)(1) provides that before the clerk of the court issues a writ of execution containing additional names by which the judgment debtor is known, the court shall approve the motion regarding the identities of additional names by which the judgment debtors are known, but no notice or hearing thereon is required.

If the court determines that the judgment creditor's motion and supporting affidavit state sufficient facts upon which the judgment creditor has identified the judgment debtor's additional names, it "shall authorize" issuance of the writ or order with the additional names. California Code of Civil Procedure § 699.510(c)(1). To the same effect, see *Ahart,* Cal. Prac. Guide: ENFORCING JUDGMENTS AND DEBTS (The Rutter Group 2010) at paragraph 6:329.4, and *Jones, Rosen, Wegner & Jones,* RUTTER GROUP PRACTICE GUIDE: FEDERAL CIVIL TRIALS AND EVIDENCE (The Rutter Group 2010) at paragraph 20:437-437.1.

Dated:   June 6, 2011

s/ David H. Bremer
DAVID H. BREMER

Attorney for Judgment Creditor
LEGAL ADDITIONS LLC