David H. Bremer (CA SBN # 58874)
Law Offices of David H. Bremer
50 Oak Mountain Court
San Rafael, CA 94903
Telephone: (415) 492-0342
bremer@lucasvalley.net

Geoffery Rotwein (CA SBN 58176)
Law Offices of Geoffrey Rotwein
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Telephone: (415) 397-0860
Telefacsimile: (415) 397-0862

Attorneys for Plaintiff
LEGAL ADDITIONS LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC, a California Limited Liability Corporation | Case No CV 08-2754 EMC |
| Plaintiff, | **DECLARATION OF MARK GAINER IN SUPPORT OF JUDGMENT CREDITOR'S EX PARTE APPLICATION FOR ADDITIONAL NAMES TO BE ADDED TO WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT** |
| vs. | |
| JEROME KOWALSKI, an individual, KOWALSKI & ASSOCIATES, INC., a New York corporation, and JEROME KOWALSKI & CO., INC., a New York corporation, | Hon. Edward M. Chen Courtroom C, 15th Floor |
| Defendants. | |

I, MARK GAINER, declare as follows:

1.      I am the principal and manager of Legal Additions LLC, judgment creditor in this action, and I have personal knowledge of the facts stated herein and/or based upon information and belief that the following is true and accurate.

2.      Judgment was entered herein on December 16, 2010, in the sum of $250,000 in favor of plaintiff and now judgment creditor Legal Additions LLC.

3.      No payment whatsoever has been received from Jerome Kowalski and/or Jerome Kowalski

& Company, Inc., judgment debtors, or anyone, to be applied to this judgment. There is now due and owing the amount of $250,000, plus interest, accruing from the date of entry of judgment, and post judgment costs incurred.

4. The judgment is final and enforcement thereof has not been stayed.

5. The judgment debtors in this action described their business on their website, www.kowalski&associates.com, as providing a wide variety of consulting and recruitment services to law firms and attorneys. Nowhere on this website is the corporate debtor Jerome Kowalski & Co., Inc., or Jerome Kowalski And Company, Inc., referenced. See attached Exhibit A to this Declaration.

6. Nowhere in any e-mails, correspondence, conversations or other communications that I am aware of did the judgment debtors ever mention their corporate identify prior to this lawsuit always using instead, Kowalski & Associates. See attached Exhibit B to this Declaration.

7. Payment to the judgment debtors by Joanne Sanders, comptroller of the law firm of Mitchell, Silberberg, Knupp LLC, which constitutes the damages in this action, was made to Kowalski & Associates – not to Jerome Kowalski, an individual, or to Jerome Kowalski & Co., Inc., or Jerome Kowalski And Company, Inc. See attached Exhibit C to this Declaration.

8. The corporate debtor Jerome Kowalski & co., Inc., was dissolved by proclamation on January 26, 2011. See Exhibit D to this Declaration.

9. While the corporate judgment debtor in this action reads, "Jerome Kowalski And Company, Inc.," the corporation was registered in the state of New York as "Jerome Kowalski & Co., Inc.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this Declaration was executed on June 8, 2011, at San Rafael, California

_____

Mark Gainer
LEGAL ADDITIONS LLC

DECLARATION OF MARK GAINER IN SUPPORT OF JUDGMENT CREDITOR'S EX PARTE APPLICATION FOR ADDITIONAL NAMES TO BE ADDED TO WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT

**EXHIBIT A**

# Kowalski & Associates

- Homepage
- About Us
- Publications
- In The Press
- Recent Engagements
- Our Blog »
- Contact Us
- Subscribe To RSS
- Facebook
- Twitter

## Categories

- Alternative Fee Arrangements
- Hiring & Training Lawyers
- Law Firm Blogging
- Law Firm Financial Reporting
- Law Firm Management
- Law Firm Management Strategies
- Law Firm Marketing
- Law Firm Project Management
- Lawyer Training
- Legal Education
- Legal Project Management
- Project Management For Law Firms
- Strategic Law Firm Planning

## Recent Posts

- Legal Project Management
- Front Page Review by The New York State Bar Association Committee on Lawyers in Transition of Navigating the Perfect Storm: Recruiting, Training and Retaing Lawyers in the Coming Decade
- Navigating the Perfect Storm: Recruiting, Training and Retaining Lawyers in the Coming Decade; a brief update

## Recent Engagements

- Provided strategic counseling and tactical planning to approximately 30+ law firms with regard to professional staffing, associate compensation, alternative billing, risk management, quality control, enhancing profitability, client and matter budgeting, client communications, EDD, marketing, public and press relations, use of web based networking tools and economic forecasting and planning for 2010.

- Opened New York branch office for Washington law firm with 60 lawyers.
- Opened New York branch office for Washington law firm with 60 lawyers.
- Opened New York branch office for Los Angeles law firm with ten lawyers.
- Acquired ten lawyer financial services group for Washington law firm.
- Established creditors' rights practice for national law firm.
- Acquired 45 lawyer intellectual property practice group for national law firm.
- Established forty lawyers New York office for national law firm.
- Established forty lawyers Washington office for national law firm.
- Opened ten lawyer New York City office for regional law firm.
- Opened ten lawyer New York City office for Southeastern regional law firm.
- Acquired six lawyer intellectual property group for regional law firm.
- Merged sixty lawyer New York City firm with 550 lawyer national law firm.
- Acquired ten lawyer restructuring group for national law firm.
- Counseled practice groups leaving law firms in dissolution.
- Acquired eight lawyer white collar criminal defense group for national law firm.

## Recent Posts

- Legal Project Management
- Front Page Review by The New York State Bar Association Committee on Lawyers in Transition of Navigating the Perfect Storm: Recruiting, Training and Retaing Lawyers in the Coming Decade
- Navigating the Perfect Storm: Recruiting, Training and Retaining Lawyers in the Coming Decade; a brief update

## Post Categories

- Alternative Fee Arrangements
- Hiring & Training Lawyers
- In The Press
- Law Firm Blogging
- Law Firm Financial Reporting
- Law Firm Management
- Law Firm Management Strategies
- Law Firm Marketing
- Law Firm Project Management
- Lawyer Training
- Legal Education
- Legal Project Management
- Project Management For Law Firms
- Strategic Law Firm Planning
- Uncategorized

## Featured Links

- Blawg Review
- Blog Pings

- Blogshares
- Feedster
- Legal On Ramp
- MLW Design
- Underground Designer

## Post Archives

- August 2010
- July 2010
- June 2010
- May 2010
- April 2010
- March 2010
- February 2010
- January 2010
- December 2009
- November 2009
- October 2009
- September 2009
- August 2009
- July 2009
- June 2009
- May 2009
- April 2009
- January 2009
- November 2008
- October 2008
- July 2008
- January 2008
- June 2007
- February 2007
- November 2006
- March 2005

Expand
next previous
Close

Previous

0/0

Next



The essential guide to strategic practice management  ⊕ denotes premium content | May 22 2011

**Recruiting, Training and Retaining Lawyers**

Details | Reviews |

"Jerry Kowalski offers an insider's insight into issues that are affecting the practice of law and the business of law firms in very important ways. This book is a valuable addition to the discussion about the future that is taking place today among leaders of the legal profession and at law firms across the country."

**_Steve Younger, President New York State Bar Association, and Partner, Patterson, Belknap & Tyler_**

"Law firms and clients face an unprecedented period of change and opportunity.  Jerome Kowalski does a terrific job of laying out the context of that change, providing a roadmap for firms and individual lawyers to win by developing the human capital that is at the heart of the legal profession."

**_Paul Lippe, CEO, Legal OnRamp_**

"Kowalski has written a succinct but thorough review of the current upheaval in the business of providing legal services and a great guide for lawyers and firms wrestling with the challenges ahead. He shows how the assumptions and practices of the past won't work in the new economic environment and provides compelling and practical models for moving forward. I highly recommend this book."

**_Paul V. LiCalsi, Partner, Mitchell Silberberg & Knupp LLP_**

"Jerome Kowalski's book, Navigating the Perfect Storm" is both important and easy reading for lawyers and prospective lawyers. Time and again I found myself recognizing the validity of a point made or a conclusion implicit in the statement of the obvious and then asking myself why I had not focused on that before.

Anyone engaged in or seeking to enter the private practice of the law, in these difficult times (and, likely, equally uncertain future times) should take the time to read this book. It persuasively states problems that plague us today--with

thousands of lawyers either un-employed or under-employed- and does so without pulling any punches. It deflates egos and debunks myths, including those perpetuated by law schools and recruiters. Indeed, anyone considering a career at the Bar as a means to financial success should consider the obstacles Kowalski carefully points out.

Sadly, Kowalski's book fortifies those that argue that the practice of the law is no longer the "noble profession" we embarked upon years ago, but is (and perhaps has for years increasingly been) a business and a damn difficult one at that. As such lawyers hoping to succeed must increasingly demonstrate not just considerable ability, but also employ the financial skills of hard-nosed businessmen, the audacity, imagination and perseverance of marketing professionals, the managerial discipline of paper clip counters and the crystal ball of a fortune teller to divine where and how profitable legal business can properly be generated, its delivery efficiently and cost-effectively managed, and clients assured and reassured. And all this must be accomplished in an atmosphere that maintains high ethical standards, in a genuinely collegial atmosphere and with some semblance of rationality and fundamental decency. No easy task and not one we were trained to perform.

I recommend this book highly to every managing partner, hiring partner, law school career counselor and, indeed, it is must reading for any undergraduate contemplating spending three years and upwards of $150,000 for a law degree."

### *Charles G. Moerdler, Chairman Emeritus, Stroock & Stroock & Lavan LLP*

"Jerry is right on in his assessment; Big Law is still responding to change as oppose to innovating, unlike their clients, which is unusual in light of the brain power that resides in the industry. If you are in the law business, you must read Jerry's book and then, give him a call. It is worth your time to pick an expert's creative brain!"

*Randolph Tom, Executive Chairman, Dynasty Capital Services*

"Kowalski has written a concise and thorough analysis of the current economic upheaval and how lawyers and firms are grappling with the ever-changing landscape in these difficult times. The book provides an excellent guide for lawyers and law firms coming to grips with all of the issues, old and new, affecting every practitioner. Kowalski shares his insights into how the assumptions and longstanding models on which we used to rely simply have little relevance in today's current environment, and is able to provide his readers with methods to adapt those models to meet the current and future challenges we all face. I commend Jerry on his wonderful contribution and highly recommend his book"

### *LAUREN J. WACHTLER, Partner, Mitchell Silberberg & Knupp LLP*

"I very much enjoyed reading Navigating the Perfect Storm. It is thought-provoking and insightful, and made me think in a different way about all the issues that every large law firm is facing these days."

### *Aurora Cassirer, Member Executive Committee, Managing Partner, New York office, Troutman Sanders, LLP*

"Law is no longer just a 'noble profession'". It is also a business - a business that sometimes makes sense yet other times does not. Law firms will need to change hiring practices, billing practices and client cultivation techniques in order to survive. And many will not. These are some of the conclusions reached by Jerry Kowalski in his eye-opening new book. "Navigating the Perfect Storm". Should be read by lawyers, clients and especially prospective lawyers. i.e. law students. After reading Kowalski's book, you wonder whether students should be encouraged to turn to banking or private equity or hedge funds since they are using many of the same business skills in legal practice but for much simpler rewards"

### *Philip Rosen, Partner, Chair , Hospitality and Gaming Practice, Co-chair Real Estate Department, Weil, Gotshal & Manges.*

Buy this book

This link will take you to the Ark Group's secure online payments site at www.ark-group.com

Copyright ©2011 Wilmington Publishing & Information Ltd 2010, a division of the Wilmington Group PLC. Wilmington Publishing & Information Ltd is a company registered in England & Wales with company number 03368442 GB. Registered office: 19 - 21 Christopher Street, London EC2A 2BS. VAT NO.GB 899 3725 51



**Navigating the Perfect Storm: Recruiting, Training and Retaining Lawyers in the coming Decade (Ark Press)**

Jerome Kowalski:

I am pleased to announce that my new book, Navigating the Perfect Storm: Recruiting, Training and Retaining Lawyers in the coming Decade (Ark Press) will be released late next week.

In this volume, I address the run up to recent events which affected the profession and forced us to change as well as the challenges that lay ahead.

Firms have gone through pain and stress and financial loss as the shifting market made demands on different practice areas. Client and practice concentration has been the bane of firms for many years. Recruiting and staffing for particular disciplines and training lawyers for those disciplines in the new world in which we find ourselves require dramatic new approaches.

Principle focuses addressed of the book are on recruiting lawyers at every level, the training of those lawyers and retaining those in whom firms have invested substantial time and energy. With the market flooded with high quality flooded lawyers who were the victims of recent layoffs and the waves of 45,000 new graduates entering the market each year.

Continued and escalating attacks on the citadel of hourly billing created the viral growth of value billing, Alternative Fee Arrangements, fixed fees and convergence. Clients are increasingly requiring their lawyers to assume some degree of risk in virtually every engagement. These new billing models and client demands, in turn, mandate the introduction of new disciplines to the profession, namely, project management, training lawyers in project management, client relationship managers and budgeting skills as well as taking our eyes off maximizing hours billed in favor of efficiently delivering quality product within the budget fixed for each engagement.

The profession's historical method of recruiting law school students in the early Fall following the conclusion of their first year of law school attendance for summer associate programs with a view towards employing those students as full time law firm associates two years following the initial recruitment process requires impossibly obtainable prescience of business demands and economic conditions. The result is that students are being recruited in the confines of a completely "broken" system. I describe below some radical proposals for change initially proposed by important leaders of the profession and expand on these novel approaches.

In addition to looking at extant recruiting models adopted by law firms given the continued use of antiquated procedures, the importance of associate retention and methods which should be employed for such retention is also discussed. I also address foreseeable issues which the profession will need to address as firms continue to hunker down, recruit smaller numbers of graduates and then compete for

a diminished pool of well trained lawyers.

With clients now purchasing legal services through the prism of corporate purchasing agents and price becoming significantly more important factors than prior relationships or name branded law firms, new opportunities for smaller and middle market firms are ballooning. The shifting dynamics of the current revolution within the profession also are creating new opportunities for these firms which should be further explored by these firms.

These shifting sands also require a review of associate utilization and compensation methods, as well as increased reliance on outsourcing of legal work and escalating use of temporary staff lawyers. These issues are also addressed.

In short, I have endeavored to address pressing intermediate and long term issues regarding hiring, training and retention of associates, the changing landscape of billing demanded by newly empowered clients as well as new opportunities and pitfalls. I hope I have added productively to the public discourse of the needs for change which lay ahead.

Copies of my new book, Navigating the Perfect Storm is now available at http://www.mpmagazine.com/Publication.asp?pubid=78AE6CEB-1078-4874-9ADD-AD003C5515CD where you can see a synopsis and other pertinent information.

It is also available on Amazon at

http://www.amazon.com/Navigating-Perfect-Storm-Recruiting-Retaining/dp/1907787062/ref=pd_rhf_p_t_3

The Amazon listing does not, as of this writing (August 4, 2010), contain the detail contained in the former listing.

## Recent Posts

- Legal Project Management
- Front Page Review by The New York State Bar Association Committee on Lawyers in Transition of Navigating the Perfect Storm: Recruiting, Training and Retaing Lawyers in the Coming Decade
- Navigating the Perfect Storm: Recruiting, Training and Retaining Lawyers in the Coming Decade; a brief update

## Post Categories

- Alternative Fee Arrangements
- Hiring & Training Lawyers
- In The Press
- Law Firm Blogging
- Law Firm Financial Reporting
- Law Firm Management
- Law Firm Management Strategies
- Law Firm Marketing
- Law Firm Project Management



The essential guide to strategic practice management  ⊃ denotes premium content | May 22 2011

**Contact us**

**The *Managing Partner* magazine team**

Editor: **Manju Manglani**
mmanglani@ark-group.com
Production Editor: Brad Davison
bdavison@ark-group.com

Sales: **Keith Martin**
E-mail: kmartin@ark-group.com
Tel: +44 (0)20 7490 0049
Subscriptions: **Natalie Adams**
E-mail: nadams@ark-group.com
Tel: +44 (0)20 7566 5794

**Ark Group**

**UK - London**

Managing Partner,
6-14 Underwood Street,
London,
N1 7JQ,
United Kingdom
Tel: +44 (0)20 7566 5794 Fax: +44 (0)20 7324 2373

**Ark Group USA**

4408 N. Rockwood Suite 150 Peoria, IL 61615, USA
Phone: (+1) 309 495 2853
Fax: (+1) 309 495 2858
Email Ark Group USA

**Australia -** Ark Group Australia Pty Ltd

Main Level, 83 Walker Street, North Sydney, NSW 2060
Tel: +61 1300 550 662, Fax: +61 1300 550 663

Calls may be recorded.

www.ark-group.com

Copyright ©2011 Wilmington Publishing & Information Ltd 2010, a division of the Wilmington Group PLC. Wilmington Publishing & Information Ltd is a company registered in England & Wales with company number 03368442 GB. Registered office: 19 - 21 Christopher Street, London EC2A 2BS. VAT NO.GB 899 3725 51

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

**Shop All Departments**

Search Books

**Books**

Advanced Search  Browse Subjects  New Releases  Bestsellers  The New York Times® Bestsell



# Navigating the Perfect Storm: Recruiting, Training and Retaining Lawyers [Hardcove
Jerome Kowalski (Author)

( 1 customer review ) |        (0)



## Available from **these sellers**.

**1 new** from $49.99



Share your own customer images
Publisher: learn how customers can search inside this book.

**Tell the Publisher!**
I'd like to read this book on Kindle

Don't have a Kindle? Get your
Kindle here, or download a **FREE**
Kindle Reading App.

## Editorial Reviews

The recession dramatically changed the situation for talent recruitment and retention in law fir
fighting tooth and nail for the best lawyers, with salaries going through the roof, the recession
rationalization. Firms cut droves of associates, meaning that the legal market is now flooded w
lawyers. The recession rocked the legal profession, and old game plans for Recruitment, Trainir
Navigating the Perfect Storm: Recruiting, Training and Retaining Lawyers will provide Firms of
to exploit the lessons that have been learned and the opportunities that lay ahead on topics in
including Project management and Convergence - Changing client demands - New-graduate re
school education - Lateral Partner and Lateral Associate recruitment - Training first and second
professional development needs – Morale, motivation, and compensation - Associate attrition a
you to re-examine your recruitment, training and retention processes to ensure that your firm
future needs while remaining competitive in a challenging market.

**EXHIBIT B**

**Mark Gainer**

| | |
|---|---|
| **From:** | Jerome Kowalski [jkowalski@kowalskiassociates.com] |
| **Sent:** | Monday, January 21, 2008 2:54 PM |
| **To:** | mgainer |
| **Subject:** | RE: MSK |

Nothing resolved yet. Whisper a meaningful prayer.

Happy MLK.

Jerome Kowalski
Kowalski & Associates
100 Park Avenue
Suite 1600
New York, New York 10017
(212) 832 9070
Fax: 212 832 9152

This email contains confidential and proprietary information intended for the named recipient only. If you have received this email in error or if you are not the named recipient, kindly delete this email and any attachments at once.

**From:** mgainer [mailto:mgainer@legaladditions.com]
**Sent:** Monday, January 21, 2008 5:52 PM
**To:** Jerome Kowalski
**Subject:** MSK

Have the obstacles been removed for Mitchell Silverberg opening an office? Please update me where this stands; how many laterals are involved; anything we can do on our end.

*Regards,*

*Mark Gainer*
Legal Additions LLC **(11th Year)**
Attorney & Paralegal Search and Recruitment
*Mediation*
454 Las Gallinas Ave. #259
San Rafael, CA 94903
Ph. 415 472.5550   Fax:   415 472.4205

This email and the attachments hereto contain proprietary, confidential and privileged information. If you are not the intended recipient, kindly alert us at once and delete this message and its attachments.

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.19.8/1235 - Release Date: 1/21/2008 9:39 AM

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.516 / Virus Database: 269.19.8/1235 - Release Date: 1/21/2008 9:39 AM

**Mark Gainer**

---

**From:**     Mark Gainer [mgainer@legaladditions.com]
**Sent:**     Thursday, May 08, 2008 11:05 AM
**To:**       'Jerome Kowalski'
**Subject:** RE: Sandy Hausner

Speaking of e-mail, have you invoiced Tom Lambert and for what amount?


*Regards,*

*Mark Gainer*
Legal Additions LLC (**12th Year**)
Attorney & Paralegal Search and Recruitment
*Mediation*
454 Las Gallinas Ave. #259
San Rafael, CA 94903
Ph. 415 472.5550 Fax:  415 472.4205

This email and the attachments hereto contain proprietary, confidential and privileged information. If you are not the intended recipient, kindly alert us at once and delete this message and its attachments.

---

**From:** Jerome Kowalski [mailto:jkowalski@kowalskiassociates.com]
**Sent:** Thursday, May 08, 2008 10:46 AM
**To:** Mark Gainer
**Subject:** RE: Sandy Hausner

Have you suggested the installation of an email system?

Jerome Kowalski
Kowalski & Associates
100 Park Avenue
Suite 1600
New York, New York 10017
(212) 832 9070
Fax: 212 832 9152

This email contains confidential and proprietary information intended for the named recipient only. If you have received this email in error or if you are not the named recipient, kindly delete this email and any attachments at once.

---

**From:** Mark Gainer [mailto:mgainer@legaladditions.com]
**Sent:** Thursday, May 08, 2008 12:07 PM
**To:** Jerome Kowalski
**Subject:** Sandy Hausner

Baker asked for a bit of time re Sandy. Because he is so senior they have a large number of partners to consult in HK, Beijing and Shanghai. They should have some word next week.

*Regards,*

*Mark Gainer*
Legal Additions LLC (*12th Year*)
Attorney & Paralegal Search and Recruitment
*Mediation*
454 Las Gallinas Ave. #259
San Rafael, CA 94903
Ph. 415 472.5550  Fax:  415 472.4205

This email and the attachments hereto contain proprietary, confidential and privileged information. If you are not the intended recipient, kindly alert us at once and delete this message and its attachments.

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 269.23.9/1420 - Release Date: 5/7/2008 2:12 PM


No virus found in this incoming message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 269.23.10/1421 - Release Date: 5/7/2008 5:23 PM


No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 269.23.10/1421 - Release Date: 5/7/2008 5:23 PM

**Mark Gainer**

From:        mgainer [mgainer@legaladditions.com]
Sent:        Monday, January 23, 2006 11:38 AM
To:          'Jerry Kowalski'
Subject:     RE: From Support-Group Recruiting at D. E. Shaw & Co., L.P.

Thanks,  I'll send it out after lunch.

Mark Gainer

Legal Additions LLC

454 Las Gallinas Ave. #259

San Rafael, CA 94903

Ph. 415 472 5550  Fax:  415 472 4205

mgainer@legaladditions.com

www.legaladditions.com


-----Original Message-----
From: Jerry Kowalski [mailto:jkowalski@kowalskiassociates.com]
Sent: Monday, January 23, 2006 10:56 AM
To: mgainer
Subject: RE: From Support-Group Recruiting at D. E. Shaw & Co., L.P.

The arrangement is perfectly fine.

I am sending along the resume of Yehudah Markovitz. He is top flight guy
who makes a great impression.  If the client needs it, I should have a
transaction list from the candidate by the end of the week. But, in all
candor, guys like this are precious diamonds in the current economy. I got
his resume last Monday and he has already had three interviews and I have
two ore lined up for this week. He will probably have five excellent offers
by next Monday. If you could, you might encourage the client to meet with
him sooner rather wait for additional documentation, which could follow if
there is an interest.

Jerome Kowalski
Kowalski & Associates
Suite 3500
100 Park Avenue
New York, New York 10017
212 832 9070
Fax: 212 832 9152

This email and the attachments hereto contain proprietary, confidential and
privileged information. If you are not the intended recipient, kindly alert
us at once and delete this message and its attachments.

From: mgainer [mailto:mgainer@legaladditions.com]
Sent: Monday, January 23, 2006 1:43 PM
To: Jerry Kowalski
Subject: FW: From Support-Group Recruiting at D. E. Shaw & Co., L.P.

Dear Jerry,

I look forward to working with you especially, on New York placements. We
have agreed to split commissions earned on shared placements on a 50/50
basis.

I will include additional e-mails with some of D.E. Shaw's requirements for
candidate submission.   On this first placement, please send me your
candidate's resume and any other documentation the D.E. Shaw requires and I
will submit this to my H.R. contact.  Upon the submission, assuming the
firm is interested, I will notify them that our agencies are working
together and that you are the 'point' man for follow up matters.

Regards,

Mark Gainer

Legal Additions LLC

454 Las Gallinas Ave. #259

San Rafael, CA 94903

Ph. 415 472 5550  Fax:  415 472 4205

mgainer@legaladditions.com

www.legaladditions.com


Hello all,

Happy 2006 from the support-group recruiting team at D. E. Shaw & Co.!

Attached please find updated specs for the four mid- to senior-level
Compliance positions currently available at the firm. We are aggressively
hiring for all of these roles and are eager to see your strongest
candidates:

    -Compliance Associate: Asset Management
    -Compliance Attorney*
    -Compliance Deal Specialist
    -Compliance Associate: Generalist*

*We have raised the placement fee for the Attorney and Generalist positions
to 35% for candidates whose resumes are received between January 17 and
March 31, 2006, and who begin employment within 3 months of accepting an
offer from the D. E. Shaw group.  Our normal fee schedule will apply to

candidates whose resumes are received after March 31, 2006.

Please let me know if you have any questions about these positions or about our recruitment process in general. As always, we view your network as one of our greatest recruiting assets and are happy to help you sell the firm, explain our recruiting practices to candidates, and close successful candidacies.

I thank you for your continued efforts recruiting for the firm.

**EXHIBIT C**

**Mark Gainer**

| | |
|---|---|
| **From:** | Raice, Pinchus D. [PRaice@PRYORCASHMAN.com] |
| **Sent:** | Wednesday, July 02, 2008 7:47 AM |
| **To:** | geoffrotwein@sbcglobal.net |
| **Subject:** | FW: Payment to Kowalski & Associates |

See confirmation of amount paid dated 6/23/08 from Joanne Sanders, MSK's controller.

-----Original Message-----
**From:** Jerome Kowalski [mailto:jkowalski@kowalskiassociates.com]
**Sent:** Wednesday, July 02, 2008 10:37 AM
**To:** Raice, Pinchus D.
**Subject:** FW: Payment to Kowalski & Associates

---

**From:** Sanders, Joanne [mailto:JCS@MSK.COM]
**Sent:** Mon 6/23/2008 2:10 PM
**To:** Jerome Kowalski
**Subject:** Payment to Kowalski & Associates

Hi Jerry,

Please be advised that Mitchell Silberberg & Knupp LLP paid your firm. Kowalski & Associates $496,903.00 in 2008, for the placement of partners in our New York office. There is no further payment due for this placement.

Best regards,
Joanne

| MS&K | Since 1908 | *Lawyers for the 21st Century* ™ |

**Joanne Sanders | Controller** | Mitchell Silberberg & Knupp LLP | 11377 West Olympic Blvd., Los Angeles, CA 90064 | direct: 310 312-3223| fax: 310 231-8423 | jcs@msk.com | www.msk.com

*THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.*

**EXHIBIT D**

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through April 26, 2011.

Selected Entity Name: JEROME KOWALSKI & CO., INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | JEROME KOWALSKI & CO., INC. |
| **Initial DOS Filing Date:** | SEPTEMBER 03, 2004 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | INACTIVE - Dissolution by Proclamation / Annulment of Authority (Jan 26, 2011) |

Information to reinstate a corporation that has been dissolved by proclamation or annulment of authority by proclamation is available on the New York State Department of Taxation and Finance website at www.tax.state.ny.us keyword TR-194.1 or by writing to NYS Department of Taxation and Finance, Reinstatement Unit/Bldg-8, Rm #958, W.A. Harriman Campus, Albany, NY 12227 or by telephone at (518) 485-6027

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
RAICE PAYKIN & KREIG LLP
185 MADISON AVE. 10TH FLOOR
NEW YORK, NEW YORK, 10016

**Registered Agent**

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations

must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by
viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| SEP 03, 2004 | Actual | JEROME KOWALSKI & CO., INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in
New York State. The entity must use the fictitious name when conducting its activities or business in
New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search