David H. Bremer (CA SBN # 58874)
Law Offices of David H. Bremer
50 Oak Mountain Court
San Rafael, CA 94903
Telephone: (415) 492-0342
bremer@lucasvalley.net

Geoffery Rotwein (CA SBN 58176)
Law Offices of Geoffrey Rotwein
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Telephone: (415) 397-0860
Telefacsimile: (415) 397-0862

Attorneys for Plaintiff
LEGAL ADDITIONS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGAL ADDITIONS LLC, a California Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME KOWALSKI, an individual, KOWALSKI & ASSOCIATES, INC., a New York corporation, and JEROME KOWALSKI & CO., INC., a New York corporation,<br><br>Defendants. | Case No CV 08-2754 EMC<br><br>**AFFIDAVIT OF IDENTITY AND ORDER** |

I am the Manager and Principal of the judgment creditor Legal Additions LLC in the above-entitled action.

1. The names of the judgment debtors as stated in the Amended Judgment are as follows:

Jerome Kowalski, and Jerome Kowalski & Co., Inc., Jerome Kowalski and Company, Inc., and Kowalski & Associates.

2. The judgment debtors are also known as Jerome Kowalski & Co., Inc. as well as, Kowalski & Associates.

3. The facts relied on in obtaining the judgment debtors' additional names are as follows:

1 | The Declaration of Mark Gainer dated June 8, 2011 together with supporting exhibits and the Order of
2 | this Court dated June 23, 2011.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 13, 2011

/s/ _____
MARK GAINER

IT IS SO ORDERED THAT THE TERM JUDGMENT DEBTOR INCLUDE THE NAMES IN PARAGRAPH 2 ABOVE AND MAY BE ADDED TO WRIT OF EXECUTION OR ABSTRACT OF JUDGMENT.

Dated: July 18, 2011

Honorable _____
United States

