1   GEOFFREY ROTWEIN (CA SBN 58176)
    LAW OFFICES OF GEOFFREY ROTWEIN
2   400 Montgomery Street, Second Floor
    San Francisco, California  94104
3   Telefacsimile: (415) 397-0862
    Telephone: (415) 397-0860
4
    Attorney for Plaintiff
5   LEGAL ADDITIONS LLC

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10  LEGAL ADDITIONS LLC, a California          )   No.  CV-08-2754 EMC
    Limited Liability Corporation,             )
11                                             )   **ORDER PURSUANT TO REQUEST**
                Plaintiff,                     )   **TO EXTEND THE DEADLINE FOR**
12                                             )   **THE DEPOSITION OF DEFENDANT**
            vs.                                )   **JEROME KOWALSKI**
13                                             )
    JEROME KOWALSKI, *et al*,                  )
14                                             )
                Defendants.                    )
15  _____       )

16

17          TO: THE HON. EDWARD M. CHEN, UNITED STATES DISTRICT COURT JUDGE

18          The parties hereby request that with respect to the Court's Order dated August 4, 2011,

19  Docket No. 271, setting a deadline for the post-judgment deposition of Jerome Kowalski of

20  September 19, 2011, a further sixty day extension be granted to November 18, 2011.

21          The reason for this request is to allow time for the parties to resolve their differences

22  regarding defense objections to plaintiff's discovery and for plaintiff to move to compel if needed.

23  DATED:  September 12, 2011        */s/ Geoffrey Rotwein*
                                      GEOFFREY ROTWEIN
24                                    Attorney for Plaintiff
                                      LEGAL ADDITIONS LLC
25
                                      */s/ Alan G. Dowling*
26                                    ALAN G. DOWLING
                                      Attorney for Defendants
27                                    JEROME KOWALSKI,
                                      JEROME KOWALSKI & CO., INC.
28

REQUEST AND ORDER EXTENDING
DEADLINE FOR DEFENDANT'S DEPOSITION
No. CV-08-2754 EMC                              -1-

**ORDER**

Pursuant to the above request from the parties for the reasons stated therein, and good appearing therefor:

IT IS HEREBY ORDERED that with respect to the Court's Order dated August 4, 2011, Docket No. 271, which set a deadline of September 19, 2011 for the deposition of defendant Jerome Kowalski, a further sixty day extension for his deposition is hereby granted to November 18, 2011.

DATED: September 14, 2011

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen