GEOFFREY ROTWEIN (CA SBN 58176)
LAW OFFICES OF GEOFFREY ROTWEIN
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telefacsimile: (415) 397-0862
Telephone: (415) 397-0860

Attorney for Plaintiff
LEGAL ADDITIONS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

LEGAL ADDITIONS LLC, a California Limited Liability Corporation,

Plaintiff,

vs.

JEROME KOWALSKI, *et al*,

Defendants.

No. CV-08-2754 EMC

**ORDER PURSUANT TO REQUEST TO EXTEND THE DEADLINE FOR THE DEPOSITION OF DEFENDANT JEROME KOWALSKI**

TO: THE HON. EDWARD M. CHEN, UNITED STATES DISTRICT COURT JUDGE

The parties hereby request that with respect to the Court's Order dated August 4, 2011, Docket No. 271, setting a deadline for the post-judgment deposition of Jerome Kowalski of September 19, 2011, a further sixty day extension be granted to November 18, 2011.

The reason for this request is to allow time for the parties to resolve their differences regarding defense objections to plaintiff's discovery and for plaintiff to move to compel if needed.

DATED: September 12, 2011

*/s/ Geoffrey Rotwein*
GEOFFREY ROTWEIN
Attorney for Plaintiff
LEGAL ADDITIONS LLC

*/s/ Alan G. Dowling*
ALAN G. DOWLING
Attorney for Defendants
JEROME KOWALSKI,
JEROME KOWALSKI & CO., INC.

**ORDER**

Pursuant to the above request from the parties for the reasons stated therein, and good appearing therefor:

IT IS HEREBY ORDERED that with respect to the Court's Order dated August 4, 2011, Docket No. 271, which set a deadline of September 19, 2011 for the deposition of defendant Jerome Kowalski, a further sixty day extension for his deposition is hereby granted to November 18, 2011.

DATED: September 14, 2011

_________________________
HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

